# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD M. BOYSAW,** | ) | Civil Action No. 7:17-cv-00228 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **DR. THOMAS DIAPOLA,** *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

Donald M. Boysaw, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By order entered May 19, 2017, the court directed plaintiff to submit certain financial documentation within thirty days. On May 31, 2017, the court's order was returned as undeliverable with no forwarding address. On June 2, 2017 plaintiff submitted a notice of change of address. The Clerk forwarded the conditional filing order of May 19, 2017 to plaintiff's new address in Dublin, Virginia. The court's order advised plaintiff that failure to comply would result in dismissal of this action without prejudice.

More than thirty days have elapsed and plaintiff has failed to comply with the court's order. Accordingly, I will dismiss this action without prejudice. Plaintiff may refile the claims in a separate action once plaintiff is prepared to satisfy the requirements noted in the conditional filing order.

ENTER: This __5th__ day of July, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE